Linda **COOPER–IGWEBUIKE,** Rev., Appellant,

v.

**UNITED METHODIST CHURCH,** Appellee,

**Janice Riggle Huie, Bishop, Defendant.**

No. 04–3664.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 7, 2005.

Decided: Dec. 27, 2005.

Linda Cooper–Igwebuike, Fort Smith, AR, pro se.

William A. Waddell, Jr., Friday & Eldredge, Little Rock, AR, for Appellee.

Before ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

The Reverend Linda Cooper–Igwebuike appeals the district court's * dismissal with prejudice of her Title VII action. Having

---

* The Honorable G. Thomas Eisele, United States District Judge for the Eastern District

---

reviewed the record de novo, we agree the district court lacked subject matter jurisdiction, because the case fell under the ministerial exception to Title VII. *See Scharon v. St. Luke's Episcopal Presbyterian Hospitals,* 929 F.2d 360 (8th Cir. 1991). Moreover, we fail to see how Cooper–Igwebuike was prejudiced by the district court's failure to consider her motion for appointed counsel before dismissing the action. *See Nelson v. Redfield Lithograph Printing,* 728 F.2d 1003, 1005 (8th Cir.1984). Accordingly, we affirm. *See* 8th Cir. R. 47B.